# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. __20-cr-03793 LAB__ |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | 18 U.S.C. § 545 |
| ROSA MORENO, | Smuggling Goods Into the United States (Felony) |
| Defendant. | |

The United States Attorney charges:

## COUNT 1

On or about November 8, 2020, within the Southern District of California, defendant ROSA MORENO did knowingly and willfully, with the intent to defraud the United States, attempt to smuggle and clandestinely introduce into the United States, merchandise, which should have been invoiced, to wit: Mexican pesticides, that is, twenty-four 1-liter bottles of "Metaldane 600", in violation of Title 18, United States Code, Section 545.

DATED: November 30, 2020

ROBERT S. BREWER, JR.
United States Attorney

_____
Melanie K. Pierson
Assistant U.S. Attorney